IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EZEADIGO ODUCHE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ATTORNEY )<br>GENERAL OF THE STATE )<br>OF DELAWARE, and UNITED )<br>STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Respondents. ) | Civil Action No. 08-125-SLR |

FILED
MAR 31 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AEDPA ELECTION FORM**

1. __X__   I wish to replace the respondents to my pending petition with the following respondents: _Attorney General of the State of Delaware & York County Prison Acting Warden Mary Sabol_
I wish the court to rule on my § 2254 petition as currently pending, recognizing the substitution of the aforementioned respondents. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. __X__   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the

|   |   |
|---|---|
|   | United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief. |
| 3. _____ | I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000). |
| 4. _____ | I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____. |

*Ezeadifo Oduche* PRO-SE
Petitioner

"THIS CORRESPONDENCE ORIGINATES FROM AN INMATE INSTITUTION"

Ezeudiyo Oluche #107-414
3400 Concord Road
York, PA 17402

LANCASTER PA 175
28 MAR 2008 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street, LockBox 18
Wilmington, DELAWARE 19801-3570

19801+35570 C012