# UNITED STATES DISTRICT COURT
# OF STATE OF DELAWARE

CA 08-125 SLR

---------------------------------------------X
STATE OF DELAWARE            :     CASE NO: 0511012724
                             :
V.                           :
                             :
EZEADIGO ODUCHE              :
---------------------------------------------X       PRO-SE

FILED MAY 5 2008

### BREIF IN SUPPORT OF POST-CONVICTION RELIEF

TO THE HONORABLE JUDGE OF THE SAID COURT:

AND NOW COMES EZEADIGO ODUCHE PRO-SE BEFORE THIS HONORABLE COURT WITH HIS WRIT OF BRIEFING IN SUPPORT OF POST- CONVICTION RELIEF.

### LESS STRINGENT STANDARDS

PETITION EZEADIGO ODUCHE IS A PRO-SE LITIGANT AN IS ENTITLED TO HAVE HIS WRIT OF BRIEFING IN SUPPORT OF POST- CONVICTION RELIEF.AND ASSERTED CLAIMS CONSTRUED LIBERALLY. BECAUSE PRO-SE LITIGANTS ARE HELD TO LESS STRINGENT STANDARDS THAN ATTORNEYS DRAFTING SUCH CLAIMS SEE RICHARDSON V. U.S.193 F.3d 545,548, (D.C. CIR. 1999) ALSO HANES V. KERNER. 30L. ED.2d. 652,654,(1972) PETITIONER STATED TO HIS PUBLIC DEFENDER THAT HE WAS INNOCENT OF THESE CHARGES AND WANTED TO GO TO TRAIL.

( YOUR HONOR, MAY I HAVE YOUR PERMISSION TO PROCEED AS PRO-SE LITIGANT?

(2)YOUR HONOR, FOR THE RECORD I AM INNOCENT OF THIS CRIME, AND I WOULD

RESPECTFULLY APPRECIATE IT IF THE COURT WOULD GIVE ME THE OPPORTUNITY TO PROVE MY INNOCENSES

(3) PETITIONER WAS ADVISED BY HIS P.D. THAT IF HE DIDN'T TAKE A PLEA ON THESE CHARGES THAT HE WOULD BE FOUND GUILTY AND RECEIVE 30 YEAR IN PRISON.

(4) PETITIONER STATED HE WAS NOT GUILTY OF THESE CHARGES HIS P.D. ADVISED HIM THAT THIS WAS THE BEST DEAL AND HE BETTER TAKE IT. SO ON MARCH 30, 2006

(5) PETITIONER ENTERED A GUILTY PLEA IN FRONT OF MARY MILLER JOHNSON ON THESE CHARGES.

(6) PETITIONER STATES THAT HIS RIGHTS WAS VIOLATED WHEN HIS P.D. COERCED AND INDUCED HIM INTO TAKING A PLEA HE WAS NOT GUILTY OF THIS CHARGE.

(7) PETITIONER DOES NOT KNOW HOW TO READ OR WRITE ENGLISH WELL AND WAS NOT ADVISED THAT HE WOULD LOSE ALL RIGHTS TO A FAIR TRIAL PETITIONER DOES NOT KNOW THE LAW AND RULES PETITIONER SHOULD NOT BE HELD ACCOUNTABLE FOR THIS ILLEGAL PLEA AGREEMENT. THE PETITIONER'S PUBLIC DEFENDER WAS INEFFECTIVE.

(8) PETITIONER WAS ALSO UNDER THE INFLUENCE OF SEVERAL DIFFERENT TREYS OF MEDS INCLUDING PSYCHIATRIC MEDICATIONS WHEN HE TOOK THIS PLEA.
ALSO PETITIONER WAS NOT ADVISED BY HIS P.D. THAT HE WOULD NOT BE DEPORTED FOR THESE CHARGES WHEN HE PLEAD GUILTY. I TOLD MY P.D. I WAS INNOCENT OF THESE CHARGES I ALSO TOLD HIM I DID NOT WANT TO PLEAD GUILTY TO THESE I DID NOT KNOW THE CONSEQUENCES. MY LAWYER WAS IN EFFECTIVE ON THE GROUNDS THAT SHE ALLOW ME TO TAKE A PLEA OF GUILTY EVEN THOUGH I'M INNOCENT AND I HIM THIS ALSO THERE WAS EVIDENCE WITH HELD WHICH IS A BRADY VIOLATION I HAVE NEW EVIDENCE ALSO WHERE THE VICTIM STATED, "MY GUILTY PLEA WAS NOT

VOLUNTARILY AND INTELLIGENTLY MADE "CITING COMMONWEALTH V. CARTER 318 PA. SUPER 252, 464 A.2d 1327, 1333 -4 (1983) F.2d (R.SUPP) SEE THE COURT OF APPEALS REASONED THAT RESPONDENT'S CONFESSION WAS INVOLUNTARY BECAUSE IT WAS MADE " AS A RESULT OF THE PLEA BARGAIN" AND FOR THE PLEA BARGAIN AT 927,926. BUT CAUSATION IN THAT SENSE HAS NEVER BEEN THE TEST OF VOLUNTARIES. SEE BRADY V. UNITED STATES. 397 U.S. 742, 749 -750.90 S.CT 1469.25 L. Ed 2d 747 (1970). NOT EVERY STATEMENT MADE AS A RESULT OF A PLEA BARGAIN IS ADMISSIBLE: CAUSATION, IN SENSE THAT STATEMENT WOULD NOT HAVE BEEN MADE BUT FOR THE BARGAIN, IS NOT THE TEST OF VOLUNTARIES: FUTHERMORE TEST IS WHETHER THE CONFESSION WAS EXTRACTED BY ANY SORT OF THREATS OR VIOLENCE OR OBTAINED BY DIRECT OR IMPLIED PROMISES. HOWEVER SLIGHT OR BY EXERTION OF ANY IMPROPER INFLUENCE S.CT. CRIMINAL LAW 522 (1) 110

(9) YOUR HONOR, MAY WE PLEASE GO BACK TO MY P.C.R.A. WHERE I STATED INEFFECTIVE ASSISTANCE OF COUNSEL. IF I MAY ASK TO ADDRESS THE COURT ABOUT THIS ISSUE, SO I MAY PROVE WHY MY COUNSEL WAS INEFFECTIVE.

(10) YOUR HONOR, MY ATTORNEY MISADVISED ME INTO TAKING A GUILTY PLEA TO A CRIME I KNOW I WAS INNOCENT OF.

(11) YOUR HONOR, MY ATTORNEY NEVER ADVISED ME OF MY IMMIGARATION CONSEQUENSES OF DEPORTATION.

(12) YOUR HONOR, MY ATTORNEY NEVER ASKED ME WAS I A UNITED STATES CITIZEN OR DID SHE DO ANY RESEARCH IN MY CASE OR MY IMMIGRATION STATUS. SEE THE OREGON SUPREME COURT HAS HELD THAT THE NONCITIZEN "MAY" BE DEPORTED UPON HIS PLEA WAS NOT AFFIRMATIVE MISADVICE GIVING RISE TO AN INEFFECTIVE ASSISTANCE OF COUNSEL CLAIM. GONZALEZ V. STATE, 340.OR.452,134P.3d 955 (2006). ALSO SEE THE DECISION OVERRULES THE PRIOR LOWER APPELLATE COURT OPINOIN REQUIRING A HEIGHTENED STANDARD OF REPRESENTATION AND FINDING

CONCERNING THE IMMIGRATION CONSQUENCES.STATE V. GARCIA,320 N.J. Super.332, 727 A.2:97(1999).,  THE COLORADO SUPREME COURT ADOPTED SIMILAR TEST IN PEOPLE V. POZO,319 (1987) HOLDING THAT FAILURE TO ADVISED OF DEPORTATION CONSEQUENSES CONSTITUTE INEFFECTIVE ASSISTENCE OF COUNSEL,SEE(ALSO LYONS V. PEARCE,694 2d.969) OR (1985) (LYONS)

(13) YOUR HONOR, IF I MAY ASK YOU TO LOOK OVER MY TRANSCRIPTS FROM THE DAY I EXCEPTED THE GUILTY PLEA. WHICH WAS 2/20/2007. THERE IS NO EVIDENCE STATED IN THE RECORDS THAT ESTABLISHED THAT THE COURT TOLD ME ABOUT MY IMMIGRATION CONSEQUENCES.

(14)YOUR HONOR, I BELIEVE MY DUE PROCESS REQUIREMENT WAS VIOLATED DUE TO THE FACT THAT THE TRAIL COURT AT THE TIME THE DEFENDANT, PLEA WAS ENTERED THE TRIAL COURT FAILED TO ADVISE HIM OF HIS IMMIGRATION CONSQUENCES AS A RESULT OF THAT PLEA AT THE TIME THE GUILTY PLEA WAS ACCEPTED VIOLATED THE DELEWARE CONSTITUTION AND STATE LAWS AND UNITED STATES CONSTITUTION DUE PROCESS REQUIREMENT AND THE PETITIONER"S GOING TO REFERS TO THE UNITED STATES SUPREME COURT IN (D.C) IT'S POSSIBLE TO ARGUE THAT A GUILTY PLEA VIOLATES THE DUE PROCESS REQUIREMENT THAT IT BE KNOWING AND INTELLIGENT IF IT IS ENTERED WITHOUT A FULL UNDERSTANDING OF THER IMMIGRATION

CONSEQUENCES.THE UNITED STATES SUPREME COURT HAS HELD:"OUT OF JUST CONSIDERATION FOR PERSONS ACCUSED OF CRIMES COURTS ARE CAREFUL THAT A PLEA OF GUILTY SHALL NOT BE ACCEPTED UNLESS MADE VOLUNTARILY AFTER PROPER ADVICE AND WITH FULL UNDERSTANDING CONSEQUENCES."ESSENTIALLY,THEN,
IN TERMS OF A CONCERN FOR FAIRNESS, THE KNOWING AND INTELLIGENT CHOICE REQUIRES THAT THE DEFENDANT UNDERSTAND WHAT IS INVOLVED WITH EACH OF THE ALTERNATIVES." " THE LAST BROAD CATEGORY OF INFORMATION IN THE KNOWING AND INTELLIGENT REQUIERMENT IS WHAT WILL HAPPEN TO THE

DEFENDANT AS A RESULT OF HIS PLEA. ACCURATE INFORMATION ABOUT WHAT THE PERSONAL CONSEQUENCES OF A GUILTY PLEA MIGHT BE IS A PREREQUISITE FOR MAKING THE CHOICE FAIR." IT IS CERTAIN THAT TO BLINDSIDE A DEFENDANT, WITH TRAGIC IMMIGRATION CONSEQUENCES, FIRST DISCLOSED AFTER THE PLEA HAS BEEN ENTERED, VIOLATES THE SPIRIT OF FAIRNESS THAT UNDERLIES THESE DUE PROCESS PRINCIPLES. SEE (KERCHEVAL V. UNITED STATES, 274 U.S.220, 223 (1927); SEE BRADY THE FLORIDA SUPREME COURT HELD THAT TO CHALLENGE CRIMINAL ON THE GROUNDS THAT THE TRIAL COURT AT THE TIME A PLEA WAS ENTERED FAILED, IN VIOLATION OF STATE LAW TO ADVISE THEM OF THE POSSIBILITIES OF DEPORTATION AS A RESULT OF THE PLEA. SEE(FLA.R. OF CRIM.P.3.172(c(8).

(15)YOUR HONOR, THEREFORE I HAVE NOTHING ELSE TO ARGUE ABOUT THIS CASE AND I ALSO BELIEVE ACCORDINGLY TO THE BASIS OF THE FORGOING, AND ANY ADDITIONAL REASON THAT MAY INCLUDE ON THIS STATEMENT OF MY P.C.R.A.. WHEREFORE EZEADIGO ODUCHE PRAYS THIS HONORABLE COURT GRANT ME WHAT I AM ENTITLED TO.AND DISMISS ALL CHARGES AND HIS SENTENCE VACATED WITH PREJUDICE.ACORDING TO THE BASIS OF THE FOREGOING I, EZEADIGO ODUCHE RESPECTFULLY ASK THIS HONORABLE COURT TO VACATE ALL SENTENCE AND DISMISS ALL CHARGES. WHEREFORE ALL CHARGES SHOULD BE DISMISS WITH PREJUDICE.`

RESPECTFULLY SUBMITTED,

CC:FILE
DATE: 1-5-2008

EZEADIGO ODUCHE 107414
3400 CONCORD RD
YORK,PA 17402



"THIS CORRESPONDENCE ORIGINATES
FROM AN INMATE INSTITUTION"

Ezeadigo OduChe #107-414
3400 ConCord Road
York, PA 17402

HARRISBURG PA 171
03 MAY 2008 PM 4 T

U.S.M.S
X-RAY

Office of the Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DELAWARE - 19801-3570

19801+3570