D.I. # _____

# CIVIL ACTION
# NUMBER: _____ 08CV125 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | |
|---|---|
| (Domestic Mail Only; No Insurance Coverage Provided) | |
| Postage | $ 2.53 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.43 |
| Sent To | LAREN MEYERS DEPUTY ATTORNEY GENERAL |
| Street, Apt. No., or PO Box No. | DEPARTMENT OF JUSTICE |
| City, State, ZIP+4 | WILMINGTON, DE |

7007 3020 0002 3321 4325

PS Form 3800, August 2006         See Reverse for Instructions