D.I. #_____

# CIVIL ACTION
# NUMBER: ___08CV125 SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 2.70 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.60 |

Sent To: **Thomas H. Hogan**
Street, Apt. No.; or PO Box No: **Warden**
**3400 Concord Road**
City, State, ZIP+4: **York, PA 17402-9007**

PS Form 3800, August 2006      See Reverse for Instructions

7007 3020 0002 3321 4400