D.I. #_____

# CIVIL ACTION
# NUMBER: 08-125 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mary E. Sabol
~~Thomas H. Hogan~~
Warden
3400 Concord Road
York, PA 17402-9007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _/s/ Mary Burn_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Mary Burn                       5/30/08

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 3020 0002 3321 4400

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540