IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EZEADIGO ODUCHE, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civ. Act. No. 08-125-SLR |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF HOMELAND SECURITY; ) | |
| THOMAS H. HOGAN, Warden, ) | |
| York County Prison; and ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF DELAWARE, ) | |
| ) | |
| Respondents ) | |

## NOTICE OF FILING OF STATE COURT RECORDS

The Attorney General of the State of Delaware submits certified copies of the following Delaware Superior Court records (*State v. Ezeadigo Oduche*, Case ID 0511012724):

A. Indictment

B. Notice of Service of Discovery and Acknowledgment of Receipt

C. Plea Agreement, Guilty Plea Form, and Immediate Sentencing Form

D. Sentence Order (Mar. 30, 2006)

E. Petition for Habeas Corpus (filed Mar. 22, 2007)

F. Order (Mar. 23, 2007)

G. Letter from Andrew G. Ahern III, Esq. to Hon. William C. Carpenter (March 21, 2007)

H. Letter from Hon. William C. Carpenter to Andrew G. Ahern III, Esq. (March 28, 2007)

I. Violation of Probation Sentence Order (Mar. 20, 2007)

J. Notice of Noncompliance (dated Oct. 3, 2007)

K. Letter from Ezeadigo Oduche to Hon. Mary M. Johnston (filed Oct. 22, 2007)

L. Motion for Post-Conviction Relief

M. Superior Court Order (Jan. 17, 2008)

*[signature]*
Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us

July 14, 2008

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on July 14, 2008,

1. He caused two copies of the attached document (Notice of Filing of State Court Records) and one copy of the papers listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

Ezeadigo Oduche
No. 107414
York County Prison
3400 Concord Rd.
York, PA 17402

2. He electronically filed the Notice of Filing of State Court Records with the Clerk of the District Court using CM/ECF.

Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us